AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:16-cr-00016-HDM-WGC |
| STEVEN EUGENE FORD | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | United States District Court<br>400 S. Virginia St.<br>Reno, NV 89501 | Courtroom No.: Two |
|---|---|---|
| | | Date and Time: 3/14/16 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 03/10/2016

*Judge's signature*

William G. Cobb, U.S. Magistrate Judge
*Printed name and title*

✓ FILED     ___ RECEIVED
___ ENTERED   ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

MAR 1 0 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY