**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,    )    3:16-cr-00016-HDM-WGC
                         )
           Plaintiff,    )
                         )    ORDER
                         )
vs.                       )
                         )
STEVEN EUGENE FORD,       )
                         )
           Defendant.    )
_____)

    The letter of the defendant Steven Eugene Ford dated October 12, 2016 shall be filed and is construed as a motion to dismiss. The defendant is represented by counsel and counsel has not joined in the motion.  The motion is denied.

    IT IS SO ORDERED.

    DATED: This 20th day of October, 2016.

                             *Howard D McKibben*
                            _____
                            UNITED STATES DISTRICT JUDGE