UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br>STEVEN EUGENE FORD,<br><br>        Defendant. | Case No. 3:16-cr-00016-HDM-WGC<br><br>ORDER |

On or before June 1, 2021, the government and the Probation Department shall respond to the defendant's motion for early termination of supervised release (ECF No. 75).

IT IS SO ORDERED.

DATED: This 20th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE