UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>   v.<br><br>STEVEN EUGENE FORD,<br><br>                   Defendant. | Case No. 3:16-cr-00016-HDM-WGC<br><br>ORDER |
|---|---|

The defendant has requested early termination of supervised release (ECF No. 75). Neither the government nor the Probation Department has any objection to the request for early termination of supervised release. Accordingly, the motion (ECF No. 75) is GRANTED, and the defendant's supervised release will terminate effective June 11, 2021.

IT IS SO ORDERED.

DATED: This 1st day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE